Dylan McFarland
Seamus Molloy
KNIGHT NICASTRO MACKAY, LLC
283 W. Front Street, Suite 203
Missoula, Montana 59802
Telephone: (406) 206-7102
Facsimile: (816) 396-6233
mcfarland@knightnicastro.com
molloy@knightnicastro.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| BRENT SCHWAB,<br><br>Plaintiff,<br><br>vs.<br><br>HUB INTERNATIONAL MOUNTAIN STATES LIMITED, a Wyoming Corporation, HUB INTERNATIONAL LIMITED, a Delaware Corporation, and JOHN DOES 1-5,<br><br>Defendants. | Cause No. CV-21-005-BLG-SPW-TJC<br><br>**PLAINTIFF'S NOTICE OF RULE 41(a)(1)(A)(i) VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Brent Schwab provides notice that he is voluntarily dismissing this matter without prejudice. Defendants have not filed an answer in this matter and voluntary dismissal is appropriate.

1

DATED this 29th day of April, 2021.

                                  KNIGHT NICASTRO MACKAY, LLC

                              By:  */s/ Seamus Molloy*
                                    Dylan McFarland
                                    Seamus Molloy
                                    *Attorneys for Plaintiff*